UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-115-1F
No. 4:11-CR-115-2F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **ORDER** |
| KEVIN NALLS | ) | |
| TAKYRA KITCHENS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Continue Arraignment and Trial [DE-30] filed by Defendant Kevin Nalls. The Government indicates that it does not oppose this motion. For good cause shown, Defendant Nalls' motion is **ALLOWED**.

Because Defendant Nalls and Kitchens are all joined in a single indictment [DE-1], and no severance has been requested or allowed, the arraignment and trial as to both Defendants are continued to the court's **February 27, 2012**, term of court. 18 U.S.C. § 3161(h)(6). The court finds that the ends of justice served by this continuance outweigh the interests of the Defendants and the public in a speedy trial. Any period of delay occasioned by this continuance therefore shall be excluded pursuant to 18 U.S.C. § 3161(h).

The deadline for filing pre-trial motions hereby is extended until **February 6, 2012**, and the government's time to respond to such motions shall be modified accordingly.

SO ORDERED.

This the 11th day of January, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge